# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ho, James C. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Fifth Circuit | 3. Date of Report<br><br>08/29/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1100 Commerce Street
Suite 1264
Dallas, TX 75242-1310

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 09/2012 | Morgan Lewis Cash Balance Plan |
| 2. 01/2011 | Gibson Dunn Cash Balance Plan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Morgan, Lewis & Bockius, LLP - Partnership Income |
| 2. | 2018 | Gibson Dunn and Crutcher, LLP - Partnership Income |
| 3. | 2018 | Federalist Society, National Lawyers Convenction - Honorarium |
| 4. | 2018 | Alliance Defending Freedom, Academy - Honorarium |
| 5. | 2018 | Walmart, U.S. Supreme Court Review CLE - Honorarium |
| 6. | 2018 | Alliance Defending Freedom, Summit - Honorarium |
| 7. | 2018 | Federalist Society, Central Kentucky Lawyers Chapter - Honorarium |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fifth Circuit Orientation Briefing | 01/08-1/10/2018 | New Orleans, LA | Orientation for New Judges | Travel Expenses |
| 2. | Federalist Society, University of Chicago Law School | 05/04/2018 | Chicago, IL | Speaker | Travel Expenses |
| 3. | Fifth Circuit Judicial Conference | 05/23-5/25/2018 | Austin, TX | Circuit Judicial Conference | Travel Expenses |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 4. | Federalist Society, Houston Lawyers Chapter | 06/13/2018 | Houston, TX | Speaker | Travel Expenses |
| 5. | Federalist Society, Texas Chapters Conference | 09/08/2018 | Fort Worth, TX | Speaker | Travel Expenses |
| 6. | CA5 Judicial Retreat | 10/7-10/9/2018 | Marble Falls, TX | Judicial Retreat | Travel Expenses |
| 7. | Federalist Society, University of Chicago Law School | 10/15/2018 | Chicago, IL | Speaker | Travel Expenses |
| 8. | Federalist Society, Stanford Law School | 10/18/2018 | Stanford, CA | Speaker | Travel Expenses |
| 9. | Yale Law School, Morris Tyler Moot Court of Appeals | 11/05/2018 | New Haven, CT | Speaker | Travel Expenses |
| 10. | Federalist Society, Yale Law School | 11/06/2018 | New Haven, CT | Speaker | Travel Expenses |
| 11. | Federalist Society, Columbia Law School | 11/7/2018 | New York, NY | Speaker | Travel Expenses |
| 12. | Federalist Society, Northwestern Law School | 11/8/2018 | Chicago, IL | Speaker | Travel Expenses |
| 13. | Federalist Society, National Lawyers Convention | 11/16/2018 | Washington, DC | Speaker | Travel Expenses |
| 14. | Don R. Willett Investiture Ceremony | 12/13-12/14/2018 | Austin, TX | Investiture Ceremony for Fifth Circuit Judge Don R. Willett | Travel Expenses |
| 15. | Federalist Society, Central Kentucky Lawyers Chapter | 07/10/2018 | Frankfort, KY | Speaker (Allyson) | Travel Expenses |
| 16. | Alliance Defending Freedom, Summit | 08/10/2018 | Lake Oconee, GA | Speaker (Allyson) | Travel Expenses |
| 17. | Walmart, US Supreme Court Review | 09/10/2018 | Bentonville, AK | Speaker (Allyson) | Travel Expenses |
| 18. | New York Law School, Latham & Watkins Supreme Court Forum | 09/26/2018 | New York, NY | Speaker (Allyson) | Travel Expenses |
| 19. | Alliance Defending Freedom, Academy | 09/11/2018 | Cancun, Mexico | Speaker (Allyson) | Travel Expenses |
| 20. | Federalist Society, National Lawyers Convention | 11/16/2018 | Washington, DC | Speaker (Allyson) | Travel Expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CitiBank Cash Checking Account | A | Interest | K | T | | | | | |
| 2. CitiBank Cash Savings Account | B | Interest | M | T | | | | | |
| 3. Wells Fargo Cash Savings Account | A | Interest | J | T | | | | | |
| 4. IRA #1 (J) (H) | | | | | | | | | |
| 5. Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 6. DFA Global Real Estate | C | Dividend | L | T | Buy | 03/02/18 | L | | |
| 7. DFA Int'l Small Company | C | Dividend | L | T | Buy | 03/02/18 | L | | |
| 8. | | | | | Sold (part) | 07/19/18 | K | A | |
| 9. Schwab US REIT ETF | B | Dividend | K | T | Buy | 03/02/18 | K | | |
| 10. | | | | | Buy (add'l) | 03/09/18 | K | | |
| 11. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 12. DFA Int'l Small Cap Value | | None | | | Buy | 03/02/18 | L | | |
| 13. | | | | | Sold | 03/09/18 | M | B | |
| 14. DFA Int'l Core Equity | D | Dividend | M | T | Buy | 03/02/18 | K | | |
| 15. | | | | | Buy (add'l) | 03/27/18 | M | | |
| 16. | | | | | Sold (part) | 07/19/18 | K | A | |
| 17. Schwab Fndmntl Emerging Markets Index | A | Dividend | K | T | Buy | 03/09/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA US Core Equity 2 | C | Dividend | N | T | Buy | 03/09/18 | N | | |
| 19. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 20. DFA Micro Cap | C | Dividend | L | T | Buy | 07/30/18 | L | | |
| 21. IRA #2 (J) (H) | | | | | | | | | |
| 22. Schwab Gov't Money Fund | A | Int./Div. | M | T | | | | | |
| 23. DFA US Core Equity 2 | A | Dividend | K | T | | | | | |
| 24. DFA US Micro Cap | A | Dividend | J | T | | | | | |
| 25. DFA Int'l Small Cap Value | B | Dividend | K | T | | | | | |
| 26. DFA Emerging Mkts Small Cap | C | Dividend | | | Buy | 03/02/18 | L | | |
| 27. | | | | | Sold | 12/24/18 | L | A | |
| 28. DFA Emerging Mkts Core Equity | B | Dividend | | | Buy | 03/02/18 | L | | |
| 29. | | | | | Sold | 12/24/18 | L | A | |
| 30. Vanguard REIT Index | A | Dividend | | | Sold | 05/25/18 | K | A | |
| 31. DFA Global Real Estate | B | Dividend | | | Sold (part) | 05/25/18 | J | A | |
| 32. | | | | | Sold | 12/20/18 | K | B | |
| 33. Schwab Fndmntl Emerging Mkts Index | A | Dividend | | | Buy | 08/17/18 | J | | |
| 34. | | | | | Sold | 12/24/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #3 (A) (H) | | | | | | | | | |
| 36. Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 37. Schwab Fndmntl Emerging Mkt Index | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 38. DFA US Large Cap Value Instl | D | Dividend | M | T | Buy | 07/19/18 | M | | |
| 39. DFA Global Allocation 25/75 | B | Dividend | L | T | Buy | 07/19/18 | L | | |
| 40. DFA US Target Value | C | Dividend | L | T | Buy | 07/30/18 | J | | |
| 41. DFA US Small Cap Value | C | Dividend | L | T | Buy | 07/30/18 | K | | |
| 42. IRA #4 (A) (H) | | | | | | | | | |
| 43. Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 44. DFA US Small Cap Value | C | Dividend | L | T | | | | | |
| 45. Schwab Fndmntl Int'l Small Co Index | A | Dividend | J | T | | | | | |
| 46. DFA US Targeted Value | C | Dividend | L | T | Buy (add'l) | 07/19/18 | L | | |
| 47. DFA US Micro Cap | C | Dividend | L | T | Buy | 07/19/18 | M | | |
| 48. DFA US Core Equity 2 | B | Dividend | L | T | Buy | 07/19/18 | L | | |
| 49. 401k #1 (A) | | | | | | | | | |
| 50. Vanguard Target Retirement 2035 | | None | J | T | Buy | 08/15/18 | J | | |
| 51. | | | | | Buy (add'l) | 08/30/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/15/18 | J | | |
| 53. | | | | | Buy (add'l) | 09/30/18 | J | | |
| 54. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 55. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 56. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 57. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 58. | | | | | Buy (add'l) | 12/15/18 | J | | |
| 59. | | | | | Buy (add'l) | 12/30/18 | J | | |
| 60. 529 #1 (H) | | | | | | | | | |
| 61. American Funds Capital Income Builder | B | Dividend | L | T | Buy (add'l) | 08/13/18 | K | | |
| 62. American Funds Capital World Growth & Income | B | Dividend | L | T | Sold (part) | 08/13/18 | K | C | |
| 63. American Funds Small Cap World | A | Dividend | J | T | Sold (part) | 08/13/18 | J | A | |
| 64. American Funds New World | A | Dividend | J | T | Sold (part) | 08/13/18 | J | A | |
| 65. American Funds Bond Fund of America | A | Dividend | K | T | Buy (add'l) | 08/13/18 | K | | |
| 66. American Funds Capital World Bond | A | Dividend | K | T | Buy (add'l) | 08/13/18 | K | | |
| 67. 529 #2 (H) | | | | | | | | | |
| 68. American Funds Capital Income Builder | B | Dividend | L | T | Sold (part) | 08/13/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 09/06/18 | J | | |
| 70. American Funds Capital World Growth & Income | B | Dividend | L | T | Buy<br>(add'l) | 08/13/18 | K | | |
| 71. | | | | | Sold<br>(part) | 09/06/18 | K | A | |
| 72. American Funds Small Cap World | A | Dividend | J | T | Sold<br>(part) | 08/13/18 | J | A | |
| 73. American Funds New World | A | Dividend | J | T | Sold<br>(part) | 08/13/18 | J | A | |
| 74. | | | | | Buy<br>(add'l) | 09/06/18 | J | | |
| 75. American Funds Bond Fund of America | A | Dividend | K | T | Buy<br>(add'l) | 08/13/18 | K | | |
| 76. | | | | | Buy<br>(add'l) | 09/06/18 | J | | |
| 77. American Funds Capital World Bond | A | Dividend | K | T | Buy<br>(add'l) | 08/13/18 | K | | |
| 78. | | | | | Sold<br>(part) | 09/06/18 | J | A | |
| 79. American Funds US Gov't Securities | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 80. Brokerage Account #1 (H) | | | | | | | | | |
| 81. Schwab Muni Money Fund | A | Interest | K | T | | | | | |
| 82. DFA Emerging Markets Small | | None | L | T | Buy | 12/24/18 | K | | |
| 83. DFA Int'l Small Company | C | Dividend | L | T | Buy | 10/31/18 | L | | |
| 84. DFA US Micro Cap | C | Dividend | L | T | Buy | 10/31/18 | L | | |
| 85. | | | | | Buy<br>(add'l) | 12/24/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DFA US Core Equity 2 | B | Dividend | M | T | Buy | 10/31/18 | L | | |
| 87. | | | | | Buy (add'l) | 12/24/18 | L | | |
| 88. DFA Int'l Core Equity | C | Dividend | | | Buy | 06/27/18 | L | | |
| 89. | | | | | Buy (add'l) | 07/18/18 | L | | |
| 90. | | | | | Sold | 12/24/18 | M | | |
| 91. Dodge & Cox International | | None | M | T | Buy | 12/24/18 | L | | |
| 92. DFA Emerging Markets Core | A | Dividend | M | T | Buy | 10/22/18 | K | | |
| 93. | | | | | Buy (add'l) | 12/24/18 | L | | |
| 94. DFA US Core Equity 1 | D | Dividend | | | Buy | 04/02/18 | M | | |
| 95. | | | | | Buy (add'l) | 06/28/18 | L | | |
| 96. | | | | | Buy (add'l) | 07/18/18 | L | | |
| 97. | | | | | Sold | 12/24/18 | N | | |
| 98. Vanguard Ltd Term Tax Exempt | A | Dividend | | | Buy | 06/28/18 | K | | |
| 99. | | | | | Buy (add'l) | 07/18/18 | L | | |
| 100. | | | | | Sold (part) | 08/22/18 | J | | |
| 101. | | | | | Sold | 12/21/18 | M | | |
| 102. Thornburg Intermediate Muni | B | Dividend | K | T | Buy | 04/02/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/22/18 | L | | |
| 104. Schwab Total Stock Market | A | Dividend | L | T | Buy | 12/24/18 | K | | |
| 105. First National Bank CD | B | Interest | | | Buy | 07/27/18 | M | | |
| 106. | | | | | Matured | 10/29/18 | M | | |
| 107. DFA Global Real Estate | B | Dividend | K | T | Buy | 10/22/18 | K | | |
| 108. DFA US Large Cap Value | | None | L | T | Buy | 12/24/18 | K | | |
| 109. DFA US Targeted Value | | None | L | T | Buy | 12/24/18 | L | | |
| 110. MetLife Group Variable Universal Life Insurance; Cash Value | | None | N | T | | | | | |
| 111. Fidelity Variable Insurance Freedom 2040 Portfolio | A | Dividend | M | T | | | | | |
| 112. Trust #1 (H) | | | | | | | | | |
| 113. Schwab Gov't Money Fund | A | Dividend | J | T | | | | | |
| 114. Alternative Investments #1 (H) | | | | | | | | | |
| 115. Goldcrest Capital, LP | | None | M | T | | | | | |
| 116. CSOP Palantir III, LP (f/k/a Goldcrest Palantir III, LP) | | None | L | T | | | | | |
| 117. Goldcrest Capital Fund II-B, LP | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 13 of 13

Name of Person Reporting

Ho, James C.

Date of Report

08/29/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. Ho**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544